**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TAMMIE POWELL, *on behalf of herself and all others similarly situated,* | § § § | |
| Plaintiff | § | CIVIL ACTION NO. 3:11-CV-00846-M |
| | § | |
| v. | § | |
| | § | |
| PROCOLLECT, INC., and BARRY CURTIS, | § § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Noah D. Radbil of Weisberg & Meyers LLC hereby

appears in the above-captioned action as counsel for putative class representative Tammie

Powell and requests that all notices given or required to be given in the above-captioned case and

all papers served in the above-captioned case be given to and served upon the following attorney:

> WEISBERG & MEYERS, LLC
> Two Allen Center
> 1200 Smith Street, Sixteenth Floor
> Houston, Texas 77002
> Attention:     Noah D. Radbil
> Telephone:    (888) 595-9111
> Facsimile:     (866) 317-2674
> Email:          noah.radbil@attorneysforconsumers.com

Dated:  Houston, Texas
          November 11, 2011.

WEISBERG & MEYERS, LLC


   */s/ Noah D. Radbil*
Noah D. Radbil
Texas Bar No. 24071015
noah.radbil@attorneysforconsumers.com
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, Texas 77002
Telephone:    (888) 595-9111
Facsimile:    (866) 317-2674

Dennis R. Kurz
Texas Bar No. 24068183
dkurz@attorneysforconsumers.com
9330 LBJ Freeway, Suite 900
Dallas, TX 75243
Telephone:    (888) 595-9111
Facsimile:    (866) 317-2674

*Counsel to Tammie Powell*