**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TAMMIE POWELL, *on behalf of herself and all others similarly situated*, | § <br> § <br> § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:11-CV-0846-M |
| v. | § <br> § | |
| PROCOLLECT, INC. and BARRY CURTIS, | § <br> § <br> § | |
| Defendants. | § <br> § <br> § | |

**ORDER**

Before the Court is the parties' Supplemental Brief on Class Certification [Docket Entry #23].  The Court grants Plaintiff leave to amend her Original Class Action Complaint to expand the class definition as described by the parties' Joint Motion for Preliminary Approval of Class Action Settlement and Certification of Proposed Settlement Class [Docket Entry #20].  Plaintiff shall file her Amended Complaint on or before January 9, 2012.

**SO ORDERED.**

December 27, 2011.

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**